MILDRED PETRY, as Administratrix of the Estate of FANNIE E. MOYER, Deceased, Respondent, v. NASSAU HOSPITAL, Appellant.— Action to recover damages for personal injuries suffered by plaintiff's decedent as a consequence of the decedent being placed on an examination table two and one-half to three feet wide and six feet long in the emergency room of the defendant hospital, which table had no sides to it, and being left there, unattended, by the nurse in, charge of the emergency room, with the result that the decedent fell from the table and suffered a fractured arm and other injuries. Judgment for the plaintiff unanimously affirmed, with costs. (*Bickford* v. *Peck Memorial Hospital,* 266 App. Div. 875.) The point with respect to the claimed error of the court in charging that the hospital was chargeable with the knowledge of the decedent's mental state was not saved by an appropriate exception. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See 268 App. Div. 780.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LOUIS ANGOLETTE, Principal, Defendant. PEERLESS CASUALTY COMPANY, Surety, Respondent.— The People of the State of New York appeal from an order reducing the obligation of an undertaking and directing the City Comptroller to return to the surety the amount paid by it in excess of the reduced amount. Order of the County Court, Kings County, reversed on the law and the facts, without costs, and the motion denied, without costs. In the circumstances shown, the granting of the motion was an improvident exercise of discretion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID AUGUST, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crime of conspiracy and sentencing him to the New York City penitentiary, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.